Eastern District of Kentucky
FILED

JUL 17 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**INDICTMENT NO.** 5:25CR90 . KKC . EBA

**V.**

**JOEL SANCHEZ-MENDOZA**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 843(a)(3)**

On or about January 28, 2025, and continuing through on or about January 31, 2025, in Fayette County, in the Eastern District of Kentucky,

**JOEL SANCHEZ-MENDOZA**

did knowingly and intentionally obtain and acquire a quantity of Hydrocodone, a Schedule II controlled substance, by misrepresentation; fraud; forgery; deception; subterfuge, to wit, using the name, date of birth, and social security number of L.R.M-M., all in violation of 21 U.S.C. § 843(a)(3).

**COUNT 2**
**18 U.S.C. § 1015(e)**

Beginning on or about June 6, 2022, and continuing through on or about February 28, 2025, in Fayette County, in the Eastern District of Kentucky,

**JOEL SANCHEZ-MENDOZA**

a citizen of Mexico and therefore an alien in the United States, knowingly made a false statement and claim that he was, or at any time had been, a citizen and national of the United States, with the intent to engage unlawfully in employment in the United States, all in violation of 18 U.S.C. § 1015(e).

**COUNT 3**
**18 U.S.C. § 1028A(a)(1)**

Beginning on or about June 6, 2022, and continuing through on or about February 28, 2025, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**JOEL SANCHEZ-MENDOZA**

knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, L.R.M.-M., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028(a)(c), to wit, falsely claiming United States citizenship to engage unlawfully in employment in the United States, as charged in Count 2 of the Indictment, knowing that the means of identification belonged to another actual person, all in violation of 18 U.S.C. § 1028A(a)(1).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**PAUL C. McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Imprisonment for not more than 4 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**COUNT 2:** Imprisonment for not more than 5 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**COUNT 3:** Mandatory term of imprisonment of two years, to be served consecutive to any other sentence imposed for Count 2, plus not more than $250,000 fine and 1-year supervised release.

**PLUS:** Mandatory special assessment of $100 per count of conviction.

**PLUS:** Restitution, if applicable.